**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
KINDRA MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KINDRA MAXWELL,<br><br>    Defendant. | 2:08-CR-00251 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and defendant, Kindra Maxwell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing on the pending petition to revoke Ms. Maxwell's supervised release, June 7, 2013 at 9:00 a.m. and to continue the admit/deny hearing to June 28, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The defense requests this continuance to allow time for investigation and discovery. The Court is advised that Mr. Lee does not oppose the continuance and has authorized Ms. Radekin to sign this stipulation on his behalf. The court is further advised Ms. Radekin has notified United States Probation Officer Phillip Mitzutani of the date requested for admit/deny hearing of June 28, 2013 and he has no objection to that date.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 6, 2013                    BENJAMIN WAGNER
                                       United States Attorney

                              By:      /s/ Justin Lee
                                       JUSTIN LEE
                                       Assistant United States Attorney


Dated: June 6, 2013                    /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Attorney for Defendant
                                       KINDRA MAXWELL


**ORDER**

IT IS HEREBY ORDERED that the admit/deny hearing currently scheduled for June 7, 2013 at 9:00 a.m. is VACATED and the matter is continued to June 28, 2013 for admit/deny hearing.

Dated: June 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge